IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

SAMUEL GILES,                    )
                                 )
     Plaintiff,                  )
                                 )
     v.                          )        CIVIL ACTION NO.
                                 )         2:17cv647-MHT
                                 )              (WO)
DERRICK CUNNINGHAM, et           )
al.,                             )
                                 )
     Defendants.                 )

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate,

filed this lawsuit contending that he was

force-medicated while a pre-trial detainee at the

Montgomery County Detention Facility "on or around

October 2008."  This lawsuit is now before the court on

the recommendation and supplemental recommendation of

the United States Magistrate Judge that plaintiff's

case be dismissed pursuant to 28 U.S.C.

§ 1915(e)(2)(B)(i), because plaintiff failed to file

this action within the time prescribed by the

applicable statute of limitations.  Also before the

court are plaintiff's objections to the recommendations. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendations adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of January, 2018.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE